# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

| | |
|---|---|
| **SUPERIOR ASPHALT, INC.** | ) |
| **PLAINTIFF** | ) |
| | ) |
| **VS.** | )   **CASE NO. 4:05-CV-00185-TSL-LRA** |
| | ) |
| **TRAVELERS CASUALTY &** | ) |
| **SURETY COMPANY OF** | ) |
| **AMERICA; and W. S. NEWELL,** | ) |
| **INCORPORATED** | ) |
| **DEFENDANTS** | ) |

## AGREED ORDER OF DISMISSAL

CAME ON before this Court to be heard the joint *ore tenus* motion of the parties to dismiss this civil action with prejudice, and the Court, after having heard and considered same, finds that said motion is well-taken and shall be and hereby is GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this civil action shall be and hereby is dismissed with prejudice.

**SO ORDERED, ADJUDGED AND DECREED** this the 19th day of April, 2007.

/S/TOM S. LEE
**The Honorable Tom S. Lee**
**United States District Judge**

**APPROVED AND AGREED:**


    s/ Ralph B. Germany, Jr.
Ralph B. Germany, Jr. (MSB#8640)
PURDY & GERMANY, PLLC
Post Office Drawer 1079
Jackson, MS  39215-1079
**ATTORNEY FOR PLAINTIFF**


    s/ William C. Hammack
William C. Hammack (MSB#2994)
Steven A. Kohnke (MSB#100349)
BOURDEAUX & JONES, LLP
505 Constitution Avenue
Post Office Box 2009
Meridian, Mississippi  39302-2009
**ATTORNEYS FOR DEFENDANTS**